Report and Order Terminating Supervised Release
Prior to Original Expiration Date - Notice of Death

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Docket No:   0972 1:92CR05164-004 |
| ) | |
| Donald Kapperman ) | |
| ) | |

On March 6, 1995, the above-named was sentenced to Supervised Release for a period of Life.

On December 19, 2016, this office was notified by the Bureau of Prisons that Donald Kapperman was pronounced deceased (copy of the notification is on file).   It is accordingly recommended this case be closed.

Respectfully submitted,

/s/ Brian J. Bedrosian
BRIAN J. BEDROSIAN
Supervising United States Probation Officer


Dated:   December 21, 2016
         Fresno, California
         /mdb


              /s/ Brian J. Bedrosian
**REVIEWED BY:**   **BRIAN J. BEDROSIAN**
                   **Supervising United States Probation Officer**

1

PROB 35A DEATH (ED/CA)

Re:     **Donald Kapperman**
        **Docket No:    0972 1:92CR05164-004**
        **Report and Order Terminating Supervised Release**
        **Prior To Original Expiration Date - Notice of Death**

---

## ORDER OF COURT

It appearing that Donald Kapperman is deceased, it is hereby ordered the proceedings in this case be terminated and the case closed.

IT IS SO ORDERED.

Dated:   December 21, 2016                    _____
                                                       SENIOR  DISTRICT  JUDGE